**FILED**

APR -3 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT

### for the

Eastern    District of    North Carolina

Division

|  |  |
|---|---|
| Corey M. Parrish | Case No. |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| Sean Smith, Brandon York, Lt. John B. Watson, Jane Doe | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Corey M. Parrish | | |
|------|------|------|------|
| Address | 160 Ada Stroud Road | | |
| | Seven Springs | NC | 28578 |
| | *City* | *State* | *Zip Code* |
| County | WAYNE | | |
| Telephone Number | 919-648-5255 | | |
| E-Mail Address | parrishcorey25@gmail.com | | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

| Defendant No. 1 | | | |
|------|------|------|------|
| Name | John B. Watson | | |
| Job or Title *(if known)* | Lt. Wilkes County Sheriff Department | | |
| Address | 381 Executive Drive | | |
| | Wilkesboro | NC | 28697 |
| | *City* | *State* | *Zip Code* |

| | | | | |
|---|---|---|---|---|
| County | WILKES | | | |
| Telephone Number | 336-903-7600 | | | |
| E-Mail Address *(if known)* | UNKNOWN | | | |

☐ Individual capacity    ☒ Official capacity

### Defendant No. 2

| | | | | |
|---|---|---|---|---|
| Name | Sean Smith | | | |
| Job or Title *(if known)* | Probation Officer for Wayne County | | | |
| Address | 209 W. Spruce St. | | | |
| | Goldsboro | NC | 27530 |
| | *City* | *State* | *Zip Code* |
| County | WAYNE | | | |
| Telephone Number | 919-731-7902 | | | |
| E-Mail Address *(if known)* | UNKNOWN | | | |

☐ Individual capacity    ☒ Official capacity

### Defendant No. 3

| | | | | |
|---|---|---|---|---|
| Name | Brandon York | | | |
| Job or Title *(if known)* | Attorney At Law | | | |
| Address | Vannoy, Colvard, Triplett, P.L.L.C 922 Ct. St.. | | | |
| | N. Wilkesboro | NC | 28659 |
| | *City* | *State* | *Zip Code* |
| County | WILKES | | | |
| Telephone Number | 336-667-7201 | | | |
| E-Mail Address *(if known)* | brandon@vannoylaw.com | | | |

☐ Individual capacity    ☒ Official capacity

### Defendant No. 4

| | | | | |
|---|---|---|---|---|
| Name | Jane Doe | | | |
| Job or Title *(if known)* | Deputy Sheriff of Yadkin County | | | |
| Address | 201 E. Cherry St. | | | |
| | Yadkinville | NC | 27055 |
| | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Yadkin |
| Telephone Number | 336-849-7810 |
| E-Mail Address *(if known)* | UNKNOWN |

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Malicious prosecution under 42 U.S.C. § 1983 & N.C. Common Law. This action arises under the U.S.Constitution, particularly under provisions of the 4,5,6 & 14 amendments to the U.S. Constitution, & under the Federal Law particularly 42 U.S.C. § 1983, under 28 U.S.C § 1331,1343.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Sean Smith, of Wayne County Probation, did knowingly with malicious intent, violate the plaintiff's 4th, 5th, 6th, and 14th amendment rights by knowingly and willfully submitting false data regarding the transaction that led to the plaintiff's arrest. Sean Smith had the plaintiff arrested on 01/09/2020 by Wayne County Sheriff Deputy, Donna Elliott. Officer Mr. Donna Elliot

Defendant Lt. John B.Watson of Wilkes County Sheriff Department, did knowingly with malicious intent, violate my 4th, 5th, 6th, and 14th amendment rights. Lt. John B. Watson, knowingly and willfully uttered false testimony that led to plaintiff's arrest on serious drug charges: (F)Maintn veh/Dwell/Place, CS I (F) Consp. Sell/Deliver SCH II CS, II  (F) Consp. Sell/Deliver SCH II CS.

Defendant Brandon York violated the plaintiff's 6th and 14th amendment rights by failing to timely disclose "Brady" material to plaintiff's defense counsel, concealing discoverable information from defense counsel, and by permitting, and encouraging known perjured testimony to be produced at the evidence hearing by the prosecution. (Video/Audio of Controlled Buy)

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Wayne County Probation Office ( 209 West Spruce Street, Goldsboro, NC 27530)

Duplin County Detention Center (208 Duplin Street, Kenansville, NC 28349)

Wilkes County Jail (502 Courthouse Drive, Wilkesboro, NC 28697)

B.    What date and approximate time did the events giving rise to your claim(s) occur?

01/09/2020, approximately 8:00 a.m. - 8:30 a.m. in Wayne County, NC, during a monthly routine probation visit with Sean Smith. 8:30 - 11:30 end of about

02/10/2020, after receiving time served with Duplin County, NC, was released to Wilkes County

02/13/2020 – 04/08/2020, I was held against my will for approximately 55 days in Wilkes County Jail.

06/06/2023, Lt. John B. Watson of Wilkes County Sheriff's Department, signed an affidavit stating, he did issue a warrant for my arrest on or about 12/12/2019.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

/2020/0901

On 01/09/2020, during a routine probation visit with Sean Smith, I was alerted about warrants out of Wilkes County. I informed my probation officer Sean Smith that I have never been to Wilkes County. My probation officer reached out to the Wayne County Sheriff's Department. Deputy Donna Elliot, then transported me to Wayne County Jail from the probation office. 01/10/2020, Duplin County deputy transportation then transported me to Duplin County Jail to serve my 30-day sentence from a warrant for not paying fines with Duplin County. 01/10/2020, the deputy transportation office had taken photos by cell phone of me. The deputy transportation officer also tried contacting Lt. John B. Watson, of Wilkes County Sheriff's Department to see if Duplin County was holding the correct person listed on the warrants from Wilkes County. The deputy had also left a voicemail message for Lt. John B. Watson on 01/10/2020. After I completed my 30-day sentence (01/10/2020-02/13/2020) in Duplin County, due to the warrants from Wilkes County, I was required to be held in Duplin County Jail until picked up by Wilkes County. I was informed if I was not picked up after 3 days, I would be released from Duplin County Detention Center. 02/10/2020, the same officer who transported me from Wayne County Jail to Duplin County Jail, let me know he still has not heard from Lt. John B. Watson.

02/13/2020, I was taken to Wilkes County Jail. 02/14/2020, I had spoken with Lt. Shelby Wyatt at Wilkes County Jail via kiosk machine.

03/14/2020, I met my Public Defender, Brandon York. Brandon York asked me for my name. I replied, "Corey Parrish." I was then asked by Brandon York what I was going to do about my additional charges in Yadkinville, for assault on a female. I informed PD, Brandon York, that I have never been to Wilkes County or any surrounding areas. Brandon York asked me if I was Cory Ryan Parrish. I replied, "No, my name is Corey MacArthur Parrish." I showed him, PD, Brandon York, my wristband which also displayed my photo. Brandon York stated someone has made a big mistake. Brandon York did not notify the proper officials that I was not Cory Ryan Parrish. Due to this negligence, I stayed in Wilkes County Jail for 55 days. The dates of incarceration were 02/13/2020-04/08/2020. The charges were later dismissed on 11/23/2020.

06/06/2023, Lt. John B. Watson of Wilkes County Sheriff's Department signed an affidavit stating he did issue a warrant for my arrest on 12/12/2019. The warrant for arrest alleged that I resided in Duplin County. At the time of the incident, I was residing in Wayne County. Wilkes County is approximately 250 miles from Duplin and Wayne Counties.

Cory Ryan Parrish has served on convictions in Wilkes County and surrounding areas..
A newspaper article stated I resided at 243 Tindall Street, N. Wilkesboro, NC, which I have never owned or rented at that address, or in that county, or other surrounding counties.

Witness Officer Jerry Williams of Duplin County Sheriff's Departm

Witnesses: Officer Donna Elliott of Wayne County Sheriff Department, Sean Smith of Wayne County Probation, Michael Blackburn, John Doe of Duplin County Sheriff Department, Wayne County Magistrate at Wayne County Jail on 01/09/2020, Wilkes County Transportation Officer on 02/13/2020, Bradley M. Little of Wilkesboro, Kera Smith (Unknown Address)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am still currently suffering from mental and emotional distress, loss of sleep and appetite, and also depression. My employment was jeopardized, place of residence and car was also lost due to incarceration. I suffered from humiliation, due to my mugshot being in the newspaper under false charges. Medical attention was sought out through Client First Behavioral Health (2719 Graves Dr., Goldsboro, NC 27534) with therapist, Dr. Kimberly Outlaw LCAS, LCSW-A, Ph.D. I was prescribed Hydroxyzine HCI (HydrOXYzine HCI) 25 MG for anxiety, Mirtazapine 15 MG for major depression, and Suvorexant (Blesomra) 10 MG for insomnia. All medications were prescribed by Monica McGill, MD. SEEKING DIFFERENT ATTENTION CURRENTLY.

I WAS INTENTLY ARRESTED CHARGED, JAIL (INCARCERATED) WITH MALICIOUS INTENT FROM ~~BOTH~~ SWORN GOVERAMENT OFFICIALS FROM 3 DIFFERENT COUNTIES. W/ MALICIOUS INTENT. KNOWING ~~PUBLIC OFFICIALS~~ PROFESSIONAL GOVERNMENT PUBLIC OFFICIANS WHO CONSPIRE TO ARREST AN TAX PAYING AMERICAN CITIZEN ON FALSE CHARGES.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the courts to look further into my case against the government officials listed in this complaint. The government officials who with malicious intent, did willfully conspire,coerce, and forge documents that led up to my arrest. I want the court to seek justice in what I have been through. I would like the court to demand a Jury Trial, so The State can show and prove how a warrant was detained in my name, Corey M. Parrish. I am requesting that I be awarded in the amount of $550,000 due to all I have lost because of the actions of the defendants listed above.

Again once my request. For a jury trial against licensed professional government officials from different counties conspired to violate my constitutional Civil Rights w/ malicious intent. is granted I can guarantee ~~was~~ my Civil Rights were violated.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4/3/2025

ADDRESS:
415 SOUTH GEORGE ST.
GOLDSBORO NC, 27530

Signature of Plaintiff

EMAIL:
parrisheovey25@gmail.com

Printed Name of Plaintiff     Corey M. Parrish

919.648.5255

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address